Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Utah District of

Central Division

|  |  |
|---|---|
| Daniel Ortiz<br><br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>-v-<br><br><br>KAMEO ANDERSON. OGDEN POLICE DEOARTMENT, MATHEW J. EARL, DEPUTY WEBER COUNTY ATTORNY<br><br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case: 1:24–cv–00106<br>Assigned To : Pead, Dustin B.<br>Assign. Date : 6/17/2024<br>Description: Ortiz v. Anderson et al<br><br>Jury Trial: *(check one)*   ☒ Yes   ☐ No<br><br><br><br><br><br>**RECEIVED CLERK**<br><br>JUN 1 7 2024<br><br>**U.S. DISTRICT COURT** |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | \DANIEL ORTIZ |
| Address | 1879 SOUTH 875 EAST |

| City | State | Zip Code |
|---|---|---|
| CLEARFIELD | UTAH | 84015 |

| | |
|---|---|
| County | DAVIS |
| Telephone Number | 365-209-9621 |
| E-Mail Address | |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | KAMEO ANDERSON |
| Job or Title *(if known)* | Ogden Police Detective |
| Address | UNKOWN |

| City | State | Zip Code |
|---|---|---|
| | | |

| | |
|---|---|
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity        ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Address | |

| City | State | Zip Code |
|---|---|---|
| | | |

| | |
|---|---|
| County | |
| Telephone Number | |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

E-Mail Address *(if known)*

☒ Individual capacity    ☐ Official capacity

Defendant No. 3

Name                                MATHEW J. EARL

Job or Title *(if known)*           County Deputy Attorney

Address

| | City | State | Zip Code |
|---|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

☒ Individual capacity    ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

| | City | State | Zip Code |
|---|---|---|---|

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

II.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

FOURTH AMMENDMANT, FALSE ARREST/FALSE IMPRISONMENT, MALICIOUDS PROSECUTION

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

1). Defendan Anderson is liable for violating my constitutional rights by making false and misleading staement, under oath, in her Affadavit for Probable Cause to charge me with a false crime.
1.) Defendant Earl is also liable for violating my constitutional rights for making the same false and misleading statements, under oath, and continuingh their prosecution against me while I was detained for ten months without a trial.

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Ogden, Utah

B.   What date and approximate time did the events giving rise to your claim(s) occur?

6-12-2023 through April of 2024

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I aws arrested, and charged by former Ogden City Detective Kameo Andersom for false a,llegations made by a woman named Annie Schmidt.
Other people involved or have Knolwedge of this is Agent Marc Miller

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Loss of Employment, Loss of Freedom, Loss of Economical Opportunitioes and Financial Obligation, Emotional and Psychological

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

to be AWARDED for Damages, both PUNITIVE and COMPENSATORY in the total amount of $2.2 million for each defendant

---

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        ~~Daniel Ortiz~~ June, 12, 2024

Signature of Plaintiff        DANIEL ORTIZ

Printed Name of Plaintiff     Daniel Ortiz

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Name of Law Firm _____

Address _____

|  | City | State | Zip Code |

Telephone Number _____

E-mail Address _____


I verify that the statements made in this complaint are true and correct under penalty of perjury.

Executed on June 12, 2024

Daniel Ortiz
Pro Se Plaintiff
1879 S. 875 E.
Clearfield, UT. 84015